**FILED**

2017 Apr-26  PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern  District of Alabama

FILED

2011 APR 26  A 10:

U.S. DISTRICT COU
N.D. OF ALABAM

Case No. _____

*(to be filled in by the Clerk's Office)*

Whitney Johnson
_____
*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

-v-

Jet Stream Ground Service Inc

Eddie Smith
_____
*Defendant(s)*

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

**2:17-cv-00671-JHE**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Whitney L. Johnson |
| Street Address | Birmingham, Jefferson 641 85th St. South |
| City and County | Alabama, 35206 Birmingham, Jefferson |
| State and Zip Code | Alabama, 35206 |
| Telephone Number | (205) 706-8606 |
| E-mail Address | whitneyLJohnson21@yahoo.com |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

_____          _____
**Date**                                  **Participant Signature**

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JetStream Ground Services Inc. |
| Job or Title *(if known)* | |
| Street Address | 5900 Messer Airport Pkwy |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama, 35212 |
| Telephone Number | (205) 592-0405 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Eddie Smith |
| Job or Title *(if known)* | Supervisor |
| Street Address | 5900 Messer Airport Pkwy |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama, 35212 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Page 2 of 7

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒          Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐          Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐          Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐          Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

June 24, 2015   July 19, 2015   July 23 & 26 (2015) Terminated August 14, 2015

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☑    gender/sex    Female _____

☐    religion _____

☐    national origin _____

☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

See Attached Exhibit "A"

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    Jan 28, 2017 .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages $8,600.00
Emotional Distress (Pain & Suffering) $10,000
Loss Wages $22,000.00
Punitive Damages $1,000,000

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-25-17

Signature of Plaintiff

Printed Name of Plaintiff    Whitney L. Johnson

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.**    **For Attorneys**

Date of signing: _____

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Street Address                 _____

State and Zip Code             _____

Telephone Number               _____

E-mail Address                 _____

EEOC Form 161 (11/16)

**U.S. .UAL EMPLOYMENT OPPORTUNITY COM, ;ION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Whitney Johnson**
**641 85th Street South**
**Birmingham, AL 35206**

From: **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street**
**Birmingham, AL 35205**

| | | |
|---|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is* | |
| | *CONFIDENTIAL (29 CFR §1601.7(a))* | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **MICHAEL G. ALBERT,** | |
| **420-2016-01170** | **Investigator** | **(205) 212-2111** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

---

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

JAN 2 6 2017

Enclosures(s)

**Delner Franklin-Thomas,**
**District Director**

*(Date Mailed)*

cc: **JETSTREAM GROUND SERVICES**
**C/o Ryan Brenton**
**Brenton Legal**
**500 NE Fourth Street**
**Fort Lauderdale, FL 33301**

**Tyrone Townsend**
**Townsend & Associates, LLC**
**Attorney at Law**
**PO Box 2105**
**Birmingham, AL 35201**

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 420-2016-01170 |
| | and EEOC |

State or local Agency, if any

| | | |
|---|---|---|
| Name (Indicate Mr., Ms., Mrs.) WHITNEY JOHNSON | Home Phone (Incl. Area Code) 205-706-8606 | Date of Birth |
| Street Address 641-85TH ST. South | City, State and ZIP Code BIRMINGHAM, AL 35206 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name Airline JET STREAM [GROUND service] INC | No. Employees, Members Over 15 | Phone No. (Include Area Code) 1-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 |
|---|---|---|
| Street Address Birmingham, Alabama MUNICIPAL AIRPORT PLACE OF INCIDENT | 1070-EAST INDIAN TOWN RD STE 460 City, State and ZIP Code JUPITER, FL 33477 | 1-561-746-3282 |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN | Earliest 6/XX/2015   Latest ONGOING |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about June of 2015 I was hired at    Airline as a ramp / labor worker. I remained employed with the Airline until August 11, 2015 when I was wrongfully terminated based on false charges due to my race (black) sex (female) color (dark skin) national origin (African American) and retaliation for complaining to my supervisors of instances of maltreatment including but not limited to sexual harassment and issues of false discipline, pay disparity through lack or overtime and scheduling issues, advancement opportunities, and wages and benefits in general including but not limited to denial of earned time off or overtime compensation. Prior to my termination I had an exemplary performance and service record. Prior to the current disciplinary action I had never been disciplined by the Company before. White and or Male employees are not disciplined in the same way and not terminated for refusing sexual advances from co-employees or managers or complaining about sexual harassment to management. My harassment and subsequent termination of my employment was based on a violation of Title VII of the Civil Rights Act because of my race, sex, color, national origin, and retaliation.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2-8-2016  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)   RECEIVED  FEB - 8 2016 |

E.E.O.C.
BIRMINGHAM

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | and EEOC |

_State or local Agency, if any_

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

2-8-2016

_Date_      _Charging Party Signature_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
_(month, day, year)_

RECEIVED

FEB - 8 2016

E.E.O.C.
BIRMINGHAM DISTRICT

Exhibit "A"

March 2015, I was hired on
at the Birmingham Airport.
My first week their I was told
to be at work at 5am By Mr. Eddie
which was My Supervisor. I was on time
everyday that week and the week preceding
it. My second week their I Started having
problems with the ramp Supervisor "Mike"
he approached me asking me about my
Sexuality "I responded by telling him I was
Gay" and he replied by saying "I like girls
who like girls I know that thing Good you
Slim too" We were on the 'Jet' Bridge when
these comments were made and another
Employee name "Lewis" heard him. I tried to
brush it off by ignoring him everytime he
Came around me and made such comments
I would distance myself and start talking
to other Employees, This bothered him
and everytime I was assigned to work on
his area he would try to make it hard
for me by Critizing my Work skills telling
me I wasn't fast enough and everytime
I was talking to Someone he would tell
me it's no talking on the ramp.

But Clearly I wasn't talking to myself but he would only address me. I didn't do anything I didn't see another Employee doing. My final straw with Mr. Mike was once again on the "Jet Bridge" It was getting close to time for my job to be finished and I seen another Ramp Supervisor and Employee on the Jet bridge using their phones calling out. So I walked up and asked the Ramp supervisor "Pooh-diddy" can I quickly use mines to call any ride he told me to go ahead When I was finished Mike walked up to me and said "I'm Writing you up No phones on the "Jet bridge" I told him I was told that I can use it he got mad and stormed away and proceeded to write me up. ~~stop~~ As the shift was ending I stopped another Supervisor for the Next shift named "Art" and told him about my problems he told me he would tell "Eddie" the next day and he did. The following day I got to work Myself Eddie and Art talked about my problems with Mike and how he had approached me So that day Eddie worked out on the ramp. The next day I got to work "Eddie" pulled me to the side to tell me I been late

everyday since I started. I felt that he was doing it because I had complained about mike so I asked the ramp Supervisor "pocha-diddy" how could I have been late when I was assigned the time 5am? He told me to come 20min early to avoid problems because mike and Eddie are best friends who drink together and go on dates together. Now it all made since. I was furious so when we took break I had to get me a smoke in. On my way back in a guy name "Terry" approached me asking was I the New girl on Jet Stream side I replied "yes" the he replied oh so you "Mikes Girlfriend" I said "Hell No" and went back to work. When I got on the ramp I was told to unload the carts and put them on the ramp to send up to the plane. I had no problem with doing so. I was unloading with a employee name "Lewis" the same guy from the "Jet Bridge" We were talking trash critizing each others strengths he replied "Hurry your Sorry ass up" I laughed and replied "Boy plz your weak ass"

11

Mike overheard us and instead of addressing both of us he said "Whitney get off the ramp and give me your badge its no cursing out here" I said "but we were just talking amongst ourselves" he replied give me your "badge" I said "no" I tired of you picking with me! Are you mad cause I won't sleep with you! Lewis started laughing and he started screaming at me to get of the "ramp" so I walked off and went home the next day "Art" called and told me I was suspended for 3 days on the 3rd day Eddie called and told me to turn in my badge my behavior was unacceptable I informed him that I kept telling everyone he was bothering me and nothing was done about it. I even called airport cooperate and he told me to address Eddie. Since then I've been told I was in a fight with some one on the job and that is not true my paperwork (Application) has things on it that is not my writing nor ~~the~~ the truth I have never been fired off a job for being late.